UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TRUSTEES OF THE MASON TENDERS DISTRICT :
COUNCIL WELFARE FUND, PENSION FUND, :
ANNUITY FUND AND TRAINING PROGRAM : 23-CV-0792 (JMF)
FUND, et al., :
: ORDER
:
                      Petitioners, :
:
    -v- :
:
:
GENRUS CORP., :
:
                      Respondent. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On DATE, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **February 15, 2023**. Respondent's opposition, if any, is due on **March 1, 2023**. Petitioners' reply, if any, is due **March 8, 2023**.

    Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **February 15, 2023**, and shall file an affidavit of such service with the court no later than **February 16, 2023**.

    SO ORDERED.

Dated: February 1, 2023
       New York, New York
                                            _____
                                            JESSE M. FURMAN
                                            United States District Judge