UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TRUSTEES OF THE MASON TENDERS DISTRICT          :
COUNCIL WELFARE FUND, PENSION FUND,             :
ANNUITY FUND AND TRAINING PROGRAM               :
FUND, et al.,                                   :         23-CV-792 (JMF)
:
Petitioners,            :         ORDER
:
-v-                                             :
:
:
GENRUS CORP.,                                   :
:
Respondent.             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  Upon reflection, and notwithstanding this Court's prior Order, *see* ECF No. 7, the Court is inclined to think that service under Rule 4 of the Federal Rules of Civil Procedure is required before the Court can adjudicate the petition. Accordingly, it is hereby ORDERED that:

- Petitioners are directed to serve this Order and their prior papers pursuant to Rule 4 of the Federal Rules of Civil Procedure and to file proof of such service. Alternatively, if Petitioners believe that service is already proper, they may file a letter or memorandum stating the basis for that position.

- Unless and until the Court orders otherwise, Respondent may file any opposition to the petition to confirm the arbitration award within three weeks of service being made in accordance with Rule 4 of the Federal Rules of Civil Procedure.

  SO ORDERED.

Dated: March 6, 2023
   New York, New York
                     JESSE M. FURMAN
                     United States District Judge