UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
TRUSTEES FOR THE MASON TENDERS :
DISTRICT COUNCIL WELFARE FUND, :
PENSION FUND, ANNUITY FUND, and :
TRAINING PROGRAM FUND, and ANNA :
GUTSIN, in her fiduciary capacity as Director, :
:
:
          and : Civil Action
: No. 23 CV 792(JMF)
MICHAEL PROHASKA, as Business Manager :
of the MASON TENDERS DISTRICT COUNCIL : ECF CASE
OF GREATER NEW YORK, :
          Petitioners, :
: **JUDGMENT**
       -against- :
:
GENRUS CORP., :
          Respondent. :
-----------------------------------------------------------x

      The Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Michael Prohaska, as the Business Manager of the Mason Tenders District Council of Greater New York (hereinafter "Petitioners") having commenced this action on January 31, 2023 by the filing a petition to confirm and enforce the a February 1, 2022 arbitration award of Joseph Harris ordering GENRUS GROUP .(hereinafter "Respondent") to pay Petitioner trust funds $14,258.51 ( the "Award") and Respondent having failed to appear, answer or otherwise move with respect to the Petitioners summary judgment seeking enforcement and confirmation of the Award; and in light of the fact that the court is being asked to confirm and enforce the Award; it is now

      **ORDERED, ADJUDGED AND DECREED**, that there is no material issue of fact that would prevent the court granting Petitioners' motion, and the Award of Joseph Harris dated February 1, 2022, is hereby confirmed in all respects; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs Trustees for the Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Michael Prohaska, as the Business Manager of the Mason Tenders District Council of Greater New York have judgment against Respondent. in the amount of $14,258.51; and it is further

**ORDERED, ADJUDGED AND DECREED**, that interest accrue at the legal rate on the damages herein from the date of entry of judgment until the judgment is paid.

Dated: April 17, 2023
       New York, NY

                                        JESSE M. FURMAN, U.S.D.J.

Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.